IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCESCA'S HOLDINGS CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-02697 |
| | § | |
| AXIS INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## DISMISSAL ORDER

Pending before the Court is Plaintiff/Counter-Defendant Francesca's Holdings Corporation ("Francesca's") and Defendant/Counter-Plaintiff AXIS Insurance Company ("Defendant") (collectively, the "parties") Joint Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) to dismiss all claims, counterclaims, and causes of action in the above-captioned action with prejudice. The Court is of the opinion that Joint Stipulation of Voluntary Dismissal should be granted. It is therefore,

ORDERED, ADJUDGED, and DECREED that all claims, counterclaims, and causes of action in the above-captioned action are dismissed with prejudice, with all parties to bear their own attorneys' fees, costs of Court, and other expenses.

SIGNED this 20th day of April, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE